NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KENIDIE BARNES,                     )
                                    )
            Appellant,              )
                                    )
v.                                  )          Case No. 2D17-4131
                                    )
STATE OF FLORIDA,                   )
                                    )
            Appellee.               )
_____    )

Opinion filed November 2, 2018.

Appeal from the Circuit Court for
Pasco County; Susan G. Barthle
Judge.

Howard L. Dimmig, II, Public
Defender, and Carol J. Y. Wilson,
Assistant Public Defender, Bartow, for
Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, Tampa, for Appellee.

PER CURIAM.

            Affirmed.

MORRIS, BADALAMENTI, and ATKINSON, JJ., Concur.